# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Olga Pacheco, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>Atlantic Recovery Solutions, LLC, )<br>and )<br>Zachariah Aga, Individually, )<br>)<br>   Defendants. )<br>) | Civil Action File No.:<br>1:19-cv-04826-ELR-RGV |

## NOTICE OF SETTLEMENT

Plaintiff, Olga Pacheco, hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendant, Atlantic Recovery Solutions, LLC ("ARS"), and Zachariah Aga, Individually ("Aga"). Plaintiff, ARS and Aga anticipate needing approximately 90 days to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to ARS and Aga. Accordingly, Plaintiff respectfully submits that this obviates the need for ARS and Aga to file an Answer or make any other Court required filings prior to dismissal.[1]

---

[1] If, however, the settlement is not concluded within the next 90 days, Plaintiff will timely notify the Court.

Respectfully submitted this 17th day of March, 2020.

                                      **BERRY & ASSOCIATES**

                                      */s/ Matthew Berry*
                                      Matthew Berry, GA Bar No.: 055663
                                      mberry@mattberry.com

                                      2751 Buford Highway, Suite 600
                                      Atlanta, GA 30324
                                      Ph. (404) 235-3305

                                      *Plaintiff's Attorney*

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2020, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on ARS and Aga, via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

Atlantic Recovery Solutions, LLC
c/o Registered Agents Inc.
300 Colonial Center Parkway, Suite 100N
Roswell, GA 30076

Zachariah Aga.
33 Dodge Road, Suite 108
Getzville, New York 14068

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry, GA Bar No.: 055663
mberry@mattberry.com

*Plaintiff's Attorney*